PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (303) 844-6232
    Email: Noah.Schabacker@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELO ESTRADA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,[1]<br><br>    Defendant. | CIVIL NO. 2:24-cv-00185-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] FINDINGS AND RECOMMENDATIONS** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Martin O'Malley, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION TO REMAND

On remand, the Commissioner will develop the record as necessary; reconsider all relevant issues; offer the claimant the opportunity for a new hearing; and issue a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  June 5, 2024            */s/ Kevin Heitke\**
                                          KEVIN HEITKE
                                          Attorney for Plaintiff
                                          *Authorized via e-mail on June 5, 2024

                                          PHILLIP A. TALBERT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Associate General Counsel
                                          Office of Program Litigation, Office 7
                                          Social Security Administration

                          By:     */s/ Noah Schabacker*
                                          NOAH SCHABACKER
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant

## [PROPOSED] FINDINGS AND RECOMMENDATIONS

Accordingly, IS HEREBY ORDERED that the Clerk of Court assign a district judge to this matter.

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS HEREBY RECOMMENDED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to 28 U.S.C. § 636(b)(l) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   June 14, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND